In re Frazier Jr., Eugene; — Plaintiff; Applying For Supervisory and/or Remedí *1105 al Writs, Parish of Vernon, 30th Judicial District Court Div. C, No. 43853; to the Court of Appeal, Third Circuit, No. KH 12-00757.
Denied. La.C.Cr.P. art. 930.6; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel, Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172. See also State v. Cotton, 09-2397 (La.10/15/10), 45 So.3d 1030.